**Opinion filed September 30, 2016**



## In The

# Eleventh Court of Appeals

_____

## No. 11-15-00226-CR

_____

## SAUL ARMIN ARZATE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**

**Midland County, Texas**

**Trial Court Cause No. CR43456**

### M E M O R A N D U M   O P I N I O N

Saul Armin Arzate, Appellant, has filed in this court a motion to dismiss his appeal. In the motion, Appellant requests that this court dismiss the appeal without further action or consideration. The motion is signed by both Appellant and his counsel in accordance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

September 30, 2016                                                   PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.